**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARCOS ALVARO FRANCISCO,

PLAINTIFF(S)

v.

MARKWAYNE MULLIN, et al.,

DEFENDANT(S).

CASE NUMBER

5:26-cv-06476-ACCV

**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**

WHEREAS, the documents listed below are deficient for the following reason(s):
Petitioner failed to comply with Local Rules 11-6.1 and 11-6.2. Petitioner filed a 76 page petition, which far exceeds the 7,000 word limit under Local Rule 11-6.1. Petitioner may remedy this deficiency by filing a petition that complies with Local Rules 11-6.1 and 11-6.2.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
| --- | --- |
| PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (Docket No. 1) | 10/31/26 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

November 3, 2026
Date

United States ~~District Judge~~/Magistrate Judge